executed by petitioner denied. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion and this application.

SEPTEMBER 1, 1993

No. A–153 (O. T. 1993). STASSIS v. HARTMAN ET AL., BY THEIR NEXT FRIEND, HARTMAN. Ct. App. Iowa. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 93–5361 (A–194). JAMES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to file supplemental petition for certiorari denied. Certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 2, 1993

No. 93–5845 (A–214). JAMES v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 93–5361. JAMES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante* this page. Petition for rehearing denied.

SEPTEMBER 10, 1993

No. A–210 (O. T. 1993). WILLIAMS v. UNITED STATES. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.